NOVEMBER 29, 1993

No. 93–5382. MAHON v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Antoine* v. *Byers & Anderson, Inc.*, 508 U. S. 429 (1993).

No. ———–——. SPILLER ET AL. v. MAINE ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–1294. IN RE DISBARMENT OF SPIES. Disbarment entered. [For earlier order herein, see 509 U. S. 944.]

No. D–1299. IN RE DISBARMENT OF MATTHEWS. Disbarment entered. [For earlier order herein, see 509 U. S. 948.]

No. D–1300. IN RE DISBARMENT OF STROMER. Disbarment entered. [For earlier order herein, see 509 U. S. 948.]

No. D–1302. IN RE DISBARMENT OF WILLIS. Disbarment entered. [For earlier order herein, see 509 U. S. 949.]

No. D–1303. IN RE DISBARMENT OF BLAKE. Disbarment entered. [For earlier order herein, see 509 U. S. 949.]

No. D–1305. IN RE DISBARMENT OF THRASHER. Disbarment entered. [For earlier order herein, see 509 U. S. 949.]

No. D–1307. IN RE DISBARMENT OF SHENBERG. Disbarment entered. [For earlier order herein, see 509 U. S. 949.]

No. D–1308. IN RE DISBARMENT OF GOODHART. Disbarment entered. [For earlier order herein, see 509 U. S. 949.]

No. D–1310. IN RE DISBARMENT OF ZWEIBON. Disbarment entered. [For earlier order herein, see 509 U. S. 950.]

No. D–1311. IN RE DISBARMENT OF GHOBASHY. Disbarment entered. [For earlier order herein, see 509 U. S. 950.]

No. D–1312. IN RE DISBARMENT OF RABINOWITZ. Disbarment entered. [For earlier order herein, see 509 U. S. 950.]